UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

DAVID DEMARIUS ROUTE,

                    Defendant.

Case No. CR25-032JNW

**DETENTION ORDER**

        The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

        (1)        Defendant has been charged by indictment with one count of Escape from Custody.  Defendant is a risk of nonappearance based on the nature of the instant offense; a history of failure to appear; supervision noncompliance and committing new crimes while on supervised release.  Defendant is viewed as a risk of danger based on his criminal history and his

DETENTION ORDER - 1

pattern of supervision non-compliance.  The defendant through his attorney reserved the right to reopen this detention order based on the need to meet and confer with his assigned attorney.

It is therefore **ORDERED**:

(1)      Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)      Defendant shall be afforded reasonable opportunity for private consultation with counsel and may revisit this detention order before any Magistrate Judge without prejudice;

(3)      On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)      The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of March, 2025.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2