|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00032-JNW |
|---|---|
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND RESET MOTIONS DEADLINE |
| v. |  |
| DAVID DEMARIUS ROUTE, |  |
| Defendant. |  |

THIS MATTER having come before the Court on the motion of defendant David Route, through his attorney Jeffrey L. Kradel, and the Court being familiar with the case and the record finds the following:

THE COURT FINDS that taking into account the exercise of due diligence, a failure to grant a continuance of the trial date would deny the defendant and his counsel the time reasonably necessary for effective preparation, taking into account the exercise of due diligence, because defense counsel needs additional time to review discovery in this case, conduct their investigation, perform legal research, consider possible defenses, and consult with the defendant. 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND RESET MOTIONS DEADLINE - 1

THE COURT FURTHER FINDS that a failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to September 8, 2025, and that pretrial motions shall be filed no later than July 28, 2025.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated this 17th day of April, 2025.

Jamal N. Whitehead
United States District Judge